JONES DAY
Christopher Lovrien, Bar No. 230546
cjlovrien@jonesday.com
Kelsey S. Bryan, Bar No. 307577
kbryan@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

JONES DAY
Nathaniel P. Garrett, Bar No. 248211
ngarrett@jonesday.com
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: +1.415.626.3939

JONES DAY
Traci L. Lovitt *(pro hac forthcoming)*
tlovitt@jonesday.com
250 Vesey Street
New York, New York 10281.1047
Telephone: +1.212.326.3939

Attorneys for Defendant
CHEVRON CORPORATION

(Additional information continued on
following page

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| DANIEL COFFEY, individually and on behalf of all others similarly situated, Plaintiffs, v. CHEVRON U.S.A. INC.; CHEVRON CORPORATION; and DOES 1-10, Defendants. | Case No. 2:25-cv-009699 Honorable Judge Michelle Williams Court **DEFENDANT CHEVRON U.S.A. INC.'S AND CHEVRON CORPORATION'S NOTICE OF RELATED CASE AND PENDING ACTION** Date Action Filed:October 10, 2025 |
|---|---|

MCGUIREWOODS LLP
Shannon M. Kasley *(pro hac forthcoming)*
skasley@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
Telephone: 1 202 857 1700

MCGUIREWOODS LLP
Nicholas J. Hoffman, Bar No. 284472
nhoffman@mcguirewoods.com
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071-3103
Telephone: 1 213 457 9855

Attorneys for Defendant
CHEVRON CORPORATION

- 2 -

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

The undersigned, counsel for Defendants Chevron U.S.A. Inc. and Chevron Corporation (collectively "Chevron"), respectfully submits this Notice of Related Cases and Notice of Pendency of Other Actions pursuant to Local Rules 83-1.3.1 and 83-1.4 to alert the Court to the following cases:

**A.     Related Cases Under Local Rule 83-1.3.1**

*Tatiana Coleman v. Chevron Corporation et al.*, 25-CV-10740 (C.D. Cal.) (the "*Coleman* Action"):  Plaintiff Tatiana Coleman filed the *Coleman* Action in Los Angeles Superior Court on October 3, 2025.  Chevron removed the *Coleman* Action to the Central District of California District Court on November 7, 2025.  The *Coleman* Action is also pending before this Honorable Court.  Like the above-captioned case (the "*Coffey* Action"), the *Coleman* Action is a putative class action arising from an October 2, 2025, fire at Chevron's El Segundo, California refinery (the "Refinery").  The plaintiffs in both cases seek to bring causes of action for negligence, strict liability, nuisance, trespass, and equitable relief.  The putative class alleged in the *Coleman* Action is entirely subsumed by the putative class in the *Coffey* Action:  The *Coffey* Action alleges a putative class of individuals who resided, owned, or occupied property within 10 miles of the Refinery and who were allegedly injured by the fire and any resulting emissions. (*Coffey* Action, Complaint ¶ 42, Dkt. No. 1).  And the *Coleman* Action alleges a putative class consisting of "[a]ll Los Angeles County residents who reside within a five-mile radius of the Refinery who were present within a five-mile radius during the Refinery fire on October 2, 2025." (*Coleman* Action, FAC ¶ 29, Dkt. No. 21.)

**B.     Other Actions Under Local Rule 83-1.4**

*Precious Haynes, et al. v. Chevron Corporation and Chevron USA, Inc.*, Case No. 2025-75709 (Harris County, Texas) (the "*Haynes* Action"):  Plaintiff Precious Haynes filed the *Haynes* Action in the District Court of Harris County,

NOTICE OF RELATED CASE
USDC Case No. 2:25-cv-09699

Texas, on October 3, 2025.  Like the *Coffey* Action, the *Haynes* Action arises from an October 2, 2025, fire at the Refinery.  The *Haynes* Action alleges causes of action for negligence, premises liability, and gross negligence related to injuries allegedly suffered in the fire.

*Bryce White, et al. v. Chevron Corporation and Chevron USA, Inc.*, Cause No. 2025-90835 (Harris, County, Texas) (the "White Action"):  Plaintiffs Bryce White, De'Allen Ware, Kameron Nelson, Mark Moling, Marlon Salinas and Sammie Reese, Jr. filed the White Action in the District Court of Harris County, Texas on December 3, 2025.  Like the Coffey Action, the White Action arises from an October 2, 2025, fire at the Refinery.  The White Action alleges causes of action for negligence, premises liability, gross negligence, negligent activity, and negligent undertaking related to injuries allegedly suffered in the fire.

Dated:  March 20, 2026                     JONES DAY

By:       */s/ Nathaniel P. Garrett*
                   Nathaniel P. Garrett

Attorneys for Defendants
CHEVRON U.S.A. INC and
CHEVRON CORPORATION

NOTICE OF RELATED CASE
USDC Case No. 2:25-cv-09699