**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DANIEL COFFEY, individually and on behalf of all others similarly situated, | CASE NO.: 2:25-cv-09699-MWC-BFM<br>Hon. Michelle Williams Court |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO VACATE HEARING ON CHEVRON'S MOTION TO DISMISS [DKT. 18]** |
| CHEVRON U.S.A. INC.; CHEVRON CORPORATION; and DOES 1–10 | |
| Defendants, | |

The Court, having considered the Parties' Stipulation to Permit Filing of First Amended Complaint and to Vacate Hearing on Chevron's Motion to Dismiss, and finding good cause therefor, hereby ORDERS as follows:

1. The Stipulation is GRANTED.

2. Plaintiff shall file his First Amended Complaint on or before May 15, 2026.

*[PROPOSED] ORDER RE: FIRST AMENDED COMPLAINT*
*USDC Case No. 2:25-cv-09699*

3. Upon Plaintiff's filing of the First Amended Complaint, Chevron's Motion to Dismiss and Motion to Strike Class Action Complaint [Dkt. 18] shall be deemed MOOT, and the May 15, 2026 hearing thereon shall be VACATED.

4. Chevron may file a responsive pleading or motion to dismiss directed at the First Amended Complaint within the time provided by Federal Rule of Civil Procedure 15(a)(3).

**IT IS SO ORDERED.**

Dated: _____, 2026          _____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE