JONES DAY
Christopher Lovrien, Bar No. 230546
Kelsey S. Bryan, Bar No. 307577
cjlovrien@jonesday.com
kbryan@jonesday.com
555 South Flower Street, 50th Floor
Los Angeles, California  90071.2452
Telephone:    +1.213.489.3939

JONES DAY
Nathaniel P. Garrett, Bar No. 248211
ngarrett@jonesday.com
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:    +1.415.626.3939

JONES DAY
Traci L. Lovitt *(Pro hac vice forthcoming)*
tlovitt@jonesday.com
250 Vesey Street
New York, NY 10281.1047
Telephone:    +1.212.326.3939

MCGUIREWOODS LLP
Jonathan P. Harmon *(Pro hac vice forthcoming)*
jharmon@mcguirewoods.com
800 East Canal Street
Richmond, VA 2319-3916
Telephone:  +1.804.775.4712

MCGUIREWOODS LLP
Shannon M. Kasley *(Pro hac vice forthcoming)*
skasley@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, DC 20006
Telephone:  +1.202.857.1700

MCGUIREWOODS LLP
Nicholas J. Hoffman, Bar No. 284472
nhoffman@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
T:  +1.310.315.8200

Attorneys for Defendant
CHEVRON U.S.A. INC. and
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COFFEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON U.S.A. INC.; CHEVRON CORPORATION; and DOES 1–10,<br><br>Defendants. | **Case No. 2:25-cv-09699-MWC-BFMx**<br><br>**(UNOPPOSED) NOTICE OF MOTION AND MOTION FOR RECUSAL**<br><br>**Hearing Date:** June 5, 2026<br>**Time:** 1:30 p.m.<br>**Dept:** 6A<br>**Judge:** Hon. Michelle Williams Court<br><br>Date Action Filed:    October 10, 2025 |

(UNOPPOSED) NOTICE OF MOTION AND MOTION FOR RECUSAL

TO THE HONORABLE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on June 5, 2026 at 1:30 p.m., or as soon thereafter as the parties may be heard in Courtroom 6A of the First Street United States Courthouse, located at 350 W 1st Street, Los Angeles, California 90012, Defendants Chevron U.S.A. Inc. and Chevron Corporation (collectively, "Chevron"), will and hereby do move the Court, the Honorable Michelle Williams Court presiding, for recusal under 28 U.S.C. § 455(a) and (b)(4).[1]

This Motion is made following a conference of counsel pursuant to L.R. 7-3 which took place on April 29, 2026. During the conference Plaintiff's counsel indicated that Plaintiff does not oppose Chevron's Motion. Plaintiff's counsel further consented to Chevron indicating that this Motion is unopposed.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Nicholas J. Hoffman and exhibits thereto, the record in this action, oral argument, and any other matters this Court may properly consider.

Dated:        May 1, 2026

Respectfully submitted,

By: */s/ Nicholas J. Hoffman*
Nicholas J. Hoffman
MCGUIREWOODS LLP

Christopher Lovrien
Nathaniel P. Garrett
Kelsey S. Bryan
JONES DAY

*Attorneys for Defendant*
*CHEVRON CORPORATION*

---

[1] Chevron notes that a substantially similar motion for recusal is pending in the related matter of *Tatiana Coleman v. Chevron Corporation*, Case No. No. 2:25-cv-10740-MWC-BFMx. The Court previously reassigned that motion, and it is pending before Judge Sherilyn Peace Garnett.

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **May 1, 2026**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 1, 2026**, at Los Angeles, California.

*/s/ Nicholas J. Hoffman*
Nicholas J. Hoffman

-3-
(UNOPPOSED) NOTICE OF MOTION AND MOTION FOR RECUSAL