EXHIBIT 13

Document title: Jamie Court's tactics are finally working - POLITICO

Capture URL: https://www.politico.com/newsletters/california-climate/2023/10/19/jamie-courts-tactics-are-finally-working-00122633

Page loaded at (UTC): Tue, 16 Dec 2025 13:55:37 GMT

Capture timestamp (UTC): Tue, 16 Dec 2025 13:57:27 GMT

Capture tool: 10.71.0

Collection server IP: 54.145.42.72

Browser engine: Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36

Operating system: Linux (Node 22.21.1)

PDF length: 6

Capture ID: oUy5BqaU9oJ52sKLKv4HTR

Display Name: glee

PDF REFERENCE #:    mtYPuaqKtbmf5xf63dwNQA

**POLITICO**

EUROPE    PRO    E&E NEWS

 **California Climate**
How the politics of climate change are shaping the future of California

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

EMAIL

Your Email

EMPLOYER

Employer

JOB TITLE

Job Title

* All fields must be completed to subscribe.

SIGN UP

 Facebook

 X

 Print

# Jamie Court's tactics are finally working

By **CAMILLE VON KAENEL** and **BLANCA BEGERT** | 10/19/2023 09:00 PM EDT

*With help from Phelim Kine*

Advertisement

AD

## TOP OF THE DAY



Jamie Court may annoy the Sacramento crowd, but he's filling a niche in climate politics. | Nick Ut/AP

**DAY IN COURT: Jamie Court** is on the ascent.

The president of advocacy group Consumer Watchdog, long dismissed as a Sacramento gadfly, has chalked up some significant policy wins as the costs of climate change have started hitting people's pocketbooks.

Court, a lawyer who's been at Consumer Watchdog since 1994, has railed for years against high consumer costs for medical care, car insurance and container recycling. It's earned him a reputation as a complainer for hire, willing to tilt at anything that can earn his group intervenor fees.

But he's found recent success on climate policy, from oil drilling to gas prices to wildfire

### ABOUT THE AUTHOR

Camille von Kaenel is the California environment reporter at POLITICO and a contributor to the California Climate newsletter.

She covers how wildfires, drought and other environmental problems are reshaping the state, including negotiations over limited water supplies and a housing insurance crisis fueled by climate change. Based in Sacramento

POLITICO

 Facebook

 X

Print

high consumer costs for medical care, car insurance and container recycling. It's earned him a reputation as a complainer for hire, willing to tilt at anything that can earn his group intervenor fees.

But he's found recent success on climate policy, from oil drilling to gas prices to wildfire insurance. He calls himself an "accidental climate activist."

"It is the biggest thing, and it affects everything," Court said of climate change. "It just intersects with everything, unfortunately, and so we have to be in on it."

He's employing the same hard-nosed tactics as always: releasing a secret recording of a lobbyist on a plane; jumping from hot-button issue to hot-button issue; and being willing to issue blistering statements to the media.

Lobbyists on the other side of his issues scoff at his modus operandi.

"Most people see him as a paper tiger," said **Steve Maviglio**, a longtime Democratic strategist whose clients include insurance trade groups. "They're laughed at in the Capitol because one day they're an expert on recycling, the next day, they're experts on medical malpractice, and the next day, they're experts on insurance."

Another key to Court's current success is his relationship with Gov. Gavin Newsom. Court said the two exchange late-night emails on priority topics, and he said he feels like the governor has acknowledged his requests.

Court asked Newsom to call a special session on gas price gouging (Newsom did). He asked the governor not to call a state of emergency over the property fire insurance crisis (Newsom did not, although he did issue an executive order in support of Insurance Commissioner Ricardo Lara, one of Court's foes). And Court also asked Newsom to veto a late-session bill last month that would have watered down last year's gas pricing law (Newsom did).

That's a change from Court's antagonistic relationship with former Gov. Jerry Brown, whom he attacked over his use of donations from energy companies and his aides' alleged conflicts of interest.

He credits his closeness with Newsom to his longtime CW board member, nursing labor organizer RoseAnn DeMoro, being one of the first people to endorse Newsom for governor during his first run.

"It's a limited channel, but when I need it, it's there, and it's helped," Court said.

The formula is mostly working, so Court's planning to keep up his climate work. He's hoping to advance bills next year to charge oil companies for health problems near drilling sites and to require insurers to stay in the state.

He's also keeping a close eye on Lara, who's developing rules to boost coverage for fire-prone regions by letting insurers raise rates.

"We slowed him down," Court said of Lara. If he "goes too far," he said, he'll sic Newsom on him: "I'm hoping that he might be able to pull Lara back from the abyss."

*Did someone forward you this newsletter? Sign up here!*

## SPOTLIGHT



other environmental problems are reshaping the state, including negotiations over limited water supplies and a housing insurance crisis fueled by climate change. Based in Sacramento, she closely tracks the deal-making, campaigns and policy changes that often reverberate far beyond the state's borders.

Before joining POLITICO in July of 2022, she covered rural San Diego County for the investigative newsroom inewsource, the aftermath of a deadly wildfire for the daily Chico Enterprise-Record, and climate policy for E&E News in Washington, D.C.

Camille earned a master's degree in journalism from Columbia University and a bachelor's degree from the University of Geneva.

### ABOUT THE AUTHOR

 Blanca Begert is a climate and energy reporter at POLITICO and a contributor to the California Climate newsletter, which explores how the politics of climate change are shaping the future of the Golden State.

She covers California's efforts to wean itself off of fossil fuels while bolstering the electric grid and managing the growing costs of wildfires. She also has deep expertise on hydrogen, biofuels and carbon markets, and reports extensively on California's cap-and-trade system and its emissions trading program for low-carbon transportation fuels.

Blanca joined POLITICO in 2023 to help launch California Climate and lead its coverage during its first year. Two months into the job, she accompanied Gov. Gavin Newsom on a week-long trip to China where she wrote about everything from his Great Wall glamor shot to his one-on-one meeting with President Xi Jinping in Beijing.

Blanca authored a series of stories about California's efforts to "Trump-proof" its nation-leading climate policies by striking deals with industry and



Facebook

X

Print

Californian David Lin with his daughter Alice in Southern California in 1984. | Alice Lin

**CHINA COMPLICATIONS:** OK, it's not *all* climate. Newsom will make a pit stop in Israel tomorrow ahead of his China trip next week.

And for his first tightrope walk, he's facing pressure to lobby for the release of a fellow Californian who's been jailed in China since 2006.

Newsom should "raise my father's case by name as well as the names of other wrongfully detained Americans," **Alice Lin**, the daughter of Orange County pastor David Lin, said in an exclusive interview. Rep. Katie Porter (D-Calif.), whose district includes Lin's home, said she "supports Gov. Newsom doing what he can to bring David home to his family."

Newsom is sticking to his near-laser-focus on climate. "The trip is predominantly focused on climate," spokesperson **Erin Mellon** told reporters Tuesday in response to a question on whether human rights were on the agenda. Newsom officials declined to respond to a query about Lin and referred POLITICO to the State Department.

**CHINA WATCHER:** If you're interested in more China coverage, sign up for our twice-weekly China Watcher newsletter, focused on decoding transatlantic relations with Beijing.

## AS GOES CALIFORNIA



---

about California's efforts to "Trump-proof" its nation-leading climate policies by striking deals with industry and finalizing environmental rules ahead of a potential second Trump administration.

She has reported on energy, mining, forests and other environmental stories in the U.S. and internationally for five years.

Before joining POLITICO, Blanca was a fellow at Grist and an editor and producer at KCET | PBS SoCal. She holds a Master of Environmental Science degree and is based in Los Angeles.

### CALIFORNIA CLIMATE - POLITICO ARCHIVE

**Monday, 12/15/25**

**Friday, 12/12/25**

**Thursday, 12/11/25**

**Wednesday, 12/10/25**

**Tuesday, 12/9/25**

View the Full California Climate Archives »

🔥 MOST READ



1    **Republicans rebuff Trump's post on Rob Reiner**

2    **'I Didn't Vote for This': A Revolt Against DOGE Cuts, Deep in Trump Country**

3    **'Our message is simple': Democrats unite as GOP again struggles to address health care**

4    **Trump administration races to finalize tariff payments — and hamstring possible refunds**

5    **Mexico and Canada see affordability boxing Trump in on trade**

Advertisement

 Facebook

 X

 Print

POLITICO

## AS GOES CALIFORNIA



A Western bluebird rests on a tree branch. | Daniel Karp/UC Davis

Advertisement

AD

**GET YOUR BINOCULARS OUT:** Birds living in agricultural habitat are less likely to leave the nest successfully during periods of extreme heat, according to a study by University of California, Davis, researchers published in *Science* today.

That's a bad sign for California's Central Valley, which supports millions of birds but has lost much of its native, shady habitat to farms.

But there's a glimmer of hope. The researchers also found that birds nesting in forests were more likely to fledge successfully when it's particularly hot.

And the Central Valley's orchards, particularly those with irrigation channels nearby, may be offering birds important respite, according to preliminary findings from a follow-up study in Solano County.

"So much of the historical water availability has been channelized, removed from the ground and put on agricultural lands," said **Katherine Lauck**, a co-lead of the studies and a doctoral candidate. "That means that agricultural lands, especially in the Central Valley, potentially have a really important role to play in maintaining the resilience of biodiverse communities as climate change intensifies extreme heat events."

## WHAT'S WORKING

**BOUNTIFUL BUSES:** The LA Unified School District approved the purchase of 180 electric school buses this week, enough to replace 15 percent of its aging combustion fleet. To power those new buses, it also has a new agreement with the Los Angeles Department of Water and Power to pay for up to $4.5 million worth of charging stations.

Emissions from school buses get inside the vehicles with health impacts for the students who ride them, according to a 2005 study from UC Berkeley.

"This major purchase of electric school buses, built by union workers in Georgia, is showing that LAUSD, once again, is leading the nation by example for how the transition to electric school buses can support good jobs and protect the health of students' lungs," said **Hector Huezo**, California director of Jobs to Move America, in a statement.

## TRANSITIONS

Document title: Jamie Court&#39;s tactics are finally working - POLITICO

Capture URL: https://www.politico.com/newsletters/california-climate/2023/10/19/jamie-courts-tactics-are-finally-working-00122633

Capture timestamp (UTC): Tue, 16 Dec 2025 13:57:27 GMT

 Facebook

 X

 Print

## WHAT'S WORKING

**BOUNTIFUL BUSES:** The LA Unified School District approved the purchase of 180 electric school buses this week, enough to replace 15 percent of its aging combustion fleet. To power those new buses, it also has a new agreement with the Los Angeles Department of Water and Power to pay for up to $4.5 million worth of charging stations.

Emissions from school buses get inside the vehicles with health impacts for the students who ride them, according to a 2005 study from UC Berkeley.

"This major purchase of electric school buses, built by union workers in Georgia, is showing that LAUSD, once again, is leading the nation by example for how the transition to electric school buses can support good jobs and protect the health of students' lungs," said **Hector Huezo**, California director of Jobs to Move America, in a statement.

## TRANSITIONS

**PATTON PROMOTED:** Newsom on Wednesday appointed **Jarred "JP" Patton** as director of the California Conservation Corps, the program that former Gov. Jerry Brown started in 1976 to train young people to work on environmental projects. Patton has been the CCC's regional deputy director since 2020.

## WHAT WE'RE CLICKING

— The 8th annual **"P-22 Day"** on Sunday is being accompanied by a new **graphic novel** about California mountain lions.

— California's new Orphan Well Prevention Act will help get abandoned wells capped, but it won't do anything about the tens and thousands of **idle wells** that drillers get to leave open for a small fee.

— Inside the **ongoing dismantling** of the San Onofre nuclear plant.

## Follow us on X

 **Debra Kahn @debra_kahn**
**Noah Baustin @NoahBaustin**
**Alex Nieves @alexdrnieves**
**Camille von Kaenel @cvonka**

**FOLLOW US**

   

« View Archives

About Us | Advertising | Breaking News Alerts | Careers | Credit Card Payments | Digital Edition | FAQ | Feedback | Headlines | Photos | Press | Request A Correction | Write For Us | RSS | Site Map

Terms of Service | Privacy Policy

© 2025 POLITICO LLC

Document title: Jamie Court&#39;s tactics are finally working - POLITICO
Capture URL: https://www.politico.com/newsletters/california-climate/2023/10/19/jamie-courts-tactics-are-finally-working-00122633
Capture timestamp (UTC): Tue, 16 Dec 2025 13:57:27 GMT