UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09699-MWC-BFM                    Date: May 7, 2026

Title:    Daniel Coffey v. Chevron U.S.A. Inc., *et al.*

Present:  The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:    (IN CHAMBERS) ORDER *SUA SPONTE* HOLDING IN ABEYANCE: DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION COMPLAINT (DKT. [19]); THE PARTIES' SCHEDULING CONFERENCE (DKT. [19]); PLAINTIFF'S STIPULATION TO AMEND COMPLAINT (DKT. [20]); AND ALL SCHEDULED HEARINGS IN THIS CASE**

Before the Court is Defendant Chevron Corporation's ("Defendant") Motion for Recusal (Dkt. # 21), which the Court has referred to U.S. District Judge Sherilyn Peace Garnett for consideration and disposition.  Dkt. # 27.  Also before the Court is Defendants Chevron U.S.A. Inc. and Chevron Corporation's ("Defendants") Motion to Dismiss and Motion to Strike Amended Class Action Complaint ("Motion to Dismiss") (Dkt. # 18), set to be heard on May 15, 2026, and Plaintiff's Stipulation to Amend Complaint ("Plaintiff's Stipulation"), Dkt. # 20.  The Court has also set the parties' Scheduling Conference for June 26, 2026.  Dkt. # 19.

The Court *sua sponte* **HOLDS IN ABEYANCE** Defendants' Motion to Dismiss, Plaintiff's Stipulation, and the parties' Scheduling Conference.  The Court further **HOLDS IN ABEYANCE** all scheduled hearings in this matter; the parties are not required to attend any previously scheduled hearings until further notice is provided.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-09699-MWC-BFM                    Date: May 7, 2026

Title:      Daniel Coffey v. Chevron U.S.A. Inc., *et al.*

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | TJ |